# Exhibit A

INTERNET ARCHIVE

2,786 captures

3 May 2012 - 13 Nov 2023

MAR MAY
**20** 2016



## YouTube

About | Press | Copyright | Safety | Creators | Advertise | Developers | Help

# Community Guidelines
A few ground rules to keep YouTube safe and fun for everyone

### Contents
- Respect the YouTube community
- Don't cross the line
- We review your reports carefully
- Join in and have fun



## Respect the YouTube community

We're not asking for the kind of respect reserved for nuns, the elderly, and brain surgeons. Just don't abuse the site. Every cool, new community feature on YouTube involves a certain level of trust. We trust you to be responsible, and millions of users respect that trust. Please be one of them.

## Don't cross the line

Here are some common-sense rules that'll help you steer clear of trouble. Please take these rules seriously and take them to heart. Don't try to look for loopholes or try to lawyer your way around the guidelines—just understand them and try to respect the spirit in which they were created.

 **Nudity or sexual content**
YouTube is not for pornography or sexually explicit content. If this describes your video, even if it's a video of yourself, don't post it on YouTube. Also, be advised that we work closely with law enforcement and we report child exploitation. Learn more

 **Harmful or dangerous content**
Don't post videos that encourage others to do things that might cause them to get badly hurt, especially kids. Videos showing such harmful or dangerous acts may get age-restricted or removed depending on their severity. Learn more

 **Violent or graphic content**
It's not okay to post violent or gory content that's primarily intended to be shocking, sensational, or disrespectful. If posting graphic content in a news or documentary context, please be mindful to provide enough information to help people understand what's going on in the video. Don't encourage others to commit specific acts of violence. Learn more

 **Copyright**
Respect copyright. Only upload videos that you made or that you're authorized to use. This means don't upload videos you didn't make, or use content in your videos that someone else owns the copyright to, such as music tracks, snippets of copyrighted programs, or videos made by other users, without necessary authorizations. Visit our Copyright Center for more information.

 **Hateful content**
Our products are platforms for free expression. But we don't support content that promotes or condones violence against individuals or groups based on race or ethnic origin, religion, disability, gender, age, nationality, veteran status, or sexual orientation/gender identity, or whose primary purpose is inciting hatred on the basis of these core characteristics. This can be a delicate balancing act, but if the primary purpose is to attack a protected group, the content crosses the line. Learn more

 **Threats**
Things like predatory behavior, stalking, threats, harassment, intimidation, invading privacy, revealing other people's personal information, and inciting others to commit violent acts or to violate the Terms of Use are taken very seriously. Anyone caught doing these things may be permanently banned from YouTube. Learn more

 **Spam, misleading metadata, and scams**
Everyone hates spam. Don't create misleading descriptions, tags, titles, or thumbnails in order to increase views. It's not okay to post large amounts of untargeted, unwanted or repetitive content, including comments and private messages. Learn more




### Help
For more information about how our Community Guidelines are enforced, please visit our Help Center.

## We review your reports carefully

You might not like everything you see on YouTube. Some of the content might offend you. If you think it's inappropriate, locate the flagging feature on the video and submit it for review by our YouTube staff. Learn more

Our staff reviews flagged videos 24 hours a day, 7 days a week to determine whether they violate our Community Guidelines. When they do, we remove them. Sometimes a video doesn't violate our guidelines, but might not be appropriate for everyone. These videos may get age-restricted. Accounts are penalized for Community Guidelines violations, and serious or repeated violations can lead to account termination. If an account is terminated, that person won't be allowed to create any new accounts.

## Join in and have fun

Remember that this is your community. Each and every person on YouTube makes the site what it is, so don't be afraid to dig in and get involved.

There's a lot to see here, with lots of folks creating amazing stuff—one of them might be you! Equipment is getting cheaper and easier to use all the time, so dive in and enjoy.

Let folks know what you think. Feedback is part of the experience, and when done with respect, it can be a great way to make friends, share stories, and make your time on YouTube richer. So leave comments, rate videos, make your own responses to videos that affect you, enter contests of interest—there's a lot going on and a lot of ways to participate.

But most of all, have fun with the site! We hope you'll find something new to love as you get to know the community.

— The YouTube Team

https://www.youtube.com/about/policies/
23,334 captures
3 Sep 2019 - 23 Jan 2020
Case 4:20-cv-09456-JST   Document 1-1   Filed 12/30/20
DEC  JAN
NOV  01
2019  2020

## Policies and Safety

When you use YouTube, you join a community of people from all over the world.
Every cool, new community feature on YouTube involves a certain level of trust.
Millions of users respect that trust and we trust you to be responsible too. Following
the guidelines below helps to keep YouTube fun and enjoyable for everyone.

You might not like everything you see on YouTube. If you think content is
inappropriate, use the flagging feature to submit it for review by our YouTube staff.
Our staff carefully reviews flagged content 24 hours a day, 7 days a week to
determine whether there's a violation of our Community Guidelines.



Community Guidelines    Safety Tools & Resources    Reporting & Enforcement

Here are some common-sense rules that'll help you steer clear of trouble. Please take these rules seriously
and take them to heart. Don't try to look for loopholes or try to lawyer your way around the guidelines—just
understand them and try to respect the spirit in which they were created.


### Nudity or sexual content
YouTube is not for pornography or sexually explicit content. If
this describes your video, even if it's a video of yourself, don't
post it on YouTube. Also, be advised that we work closely with
law enforcement and we report child exploitation. Learn more


### Harmful or dangerous content
Don't post videos that encourage others to do things that
might cause them to get hurt, especially kids. Videos
showing such harmful or dangerous acts may get age-
restricted or removed depending on their severity. Learn more


### Hateful content
Our products are platforms for free expression. But we don't
support content that promotes or condones violence against
individuals or groups based on race or ethnic origin, religion,
disability, gender, age, nationality, veteran status, caste, sexual
orientation, or gender identity, or content that incites hatred on
the basis of these core characteristics. Learn more


### Violent or graphic content
It's not okay to post violent or gory content that's primarily
intended to be shocking, sensational, or gratuitous. If posting
graphic content in a news or documentary context, please be
mindful to provide enough information to help people
understand what's going on in the video. Don't encourage
others to commit specific acts of violence. Learn more


### Harassment and cyberbullying
It's not ok to post abusive videos and comments on YouTube. If
harassment crosses the line into a malicious attack it can
be reported and may be removed. In other cases, users may
be mildly annoying or petty and should be ignored. Learn more


### Spam, misleading metadata, and scams
Everyone hates spam. Don't create misleading descriptions,
tags, titles, or thumbnails in order to increase views. It's not
okay to post large amounts of untargeted, unwanted or
repetitive content, including comments and private messages.
Learn more


### Threats
Things like predatory behavior, stalking, threats, harassment,
intimidation, invading privacy, revealing other people's
personal information, and inciting others to commit violent
acts or to violate the Terms of Use are taken very seriously.
Anyone caught doing these things may be permanently
banned from YouTube. Learn more


### Copyright
Respect copyright. Only upload videos that you made or that
you're authorized to use. This means don't upload videos you
didn't make, or use content in your videos that someone else
owns the copyright to, such as music tracks, snippets of
copyrighted programs, or videos made by other users, without
necessary authorizations. Visit our Copyright Center for more
information. Learn more


### Privacy
If someone has posted your personal information or uploaded
a video of you without your consent, you can request removal
of content based on our Privacy Guidelines. Learn more


### Impersonation
Accounts that are established to impersonate another
channel or individual may be removed under our
impersonation policy. Learn more


### Child Safety
Learn about how we protect minors in the YouTube
ecosystem. Also, be advised that we work closely with law
enforcement and we report child endangerment. Learn more


### Additional policies
Additional policies on a range of subjects. Learn more

If a YouTube creator's on- and/or off-platform behavior harms our users, community, employees or
ecosystem, we may respond based on a number of factors including, but not limited to, the egregiousness
of their actions and whether a pattern of harmful behavior exists.
Our response will range from suspending a creator's privileges to account termination.

▶️ YouTube

YouTube          Partners          Resources          Connect

About            Advertiser        Policies & Safety   Twitter

Blogs            Creators          Copyright           Instagram

Jobs             Developers        Brand Guidelines    Facebook

YouTube Premium  Press             Help Center

YouTube Music    Preferred Lineups Privacy

English ▼                                      © 2019 YouTube    Terms

http://www.youtube.com/t/community_guidelines

INTERNET ARCHIVE
WayBack Machine

5,783 captures
24 Oct 2006 — 11 Nov 2020

Case 4:20-cv-09456-JST  Document 1-1  Filed 12/30/20  Page 21 of 24

APR  MAY  JUN
21
2012  2013  2014

About this capture

ABOUT YOUTUBE
Getting Started
**Community Guidelines**
Contact Us
Careers
YouTube Merchandise

## YouTube Community Guidelines

### Respect the YouTube Community

We're not asking for the kind of respect reserved for nuns, the elderly, and brain surgeons. We mean don't abuse the site. Every cool new community feature on YouTube involves a certain level of trust. We trust you to be responsible, and millions of users respect that trust. Please be one of them.

### Don't Cross the Line

Here are some common-sense rules that will help you steer clear of trouble:

- YouTube is not for pornography or sexually explicit content. If this describes your video, even if it's a video of yourself, don't post it on YouTube. Also, be advised that we work closely with law enforcement and we report child exploitation. Please read our Safety Center and stay safe on YouTube.
- Don't post videos showing bad stuff like animal abuse, drug abuse, under-age drinking and smoking, or bomb making.
- Graphic or gratuitous violence is not allowed. If your video shows someone being physically hurt, attacked, or humiliated, don't post it.
- YouTube is not a shock site. Don't post gross-out videos of accidents, dead bodies or similar things intended to shock or disgust.
- Respect copyright. Only upload videos that you made or that you are authorized to use. This means don't upload videos you didn't make, or use content in your videos that someone else owns the copyright to, such as music tracks, snippets of copyrighted programs, or videos made by other users, without necessary authorizations. Read our Copyright Tips for more information.
- We encourage free speech and defend everyone's right to express unpopular points of view. But we don't permit hate speech (speech which attacks or demeans a group based on race or ethnic origin, religion, disability, gender, age, veteran status, and sexual orientation/gender identity).
- Things like predatory behavior, stalking, threats, harassment, intimidation, invading privacy, revealing other people's personal information, and inciting others to commit violent acts or to violate the Terms of Use are taken very seriously. Anyone caught doing these things may be permanently banned from YouTube.
- Everyone hates spam. Don't create misleading descriptions, tags, titles or thumbnails in order to increase views. It's not okay to post large amounts of untargeted, unwanted or repetitive content, including comments and private messages.

Please take these rules seriously and take them to heart. Don't try to look for loopholes or try to lawyer your way around the guidelines—just understand them and try to respect the spirit in which they were created. If you'd like more details, check out our Community Guideline Tips.

### We Enforce These Rules

Okay, this one is more about us than you. YouTube staff review flagged videos 24 hours a day, seven days a week to determine whether they violate our Community Guidelines. When they do, we remove them. Sometimes a video doesn't violate our Community Guidelines, but may not be appropriate for everyone. These videos may be age-restricted. Accounts are penalized for Community Guidelines violations and serious or repeated violations can lead to account termination. If your account is terminated, you won't be allowed to create any new accounts. For more information about how the Community Guidelines are enforced and the consequences of violating them, please visit the Help Center.

### YouTube is for the Community

Remember that this is your community! Each and every user of YouTube makes the site what it is, so don't be afraid to dig in and get involved!

- Have fun with the site. There's a lot to see here, and lots of folks making amazing stuff—one of them might be you! Equipment's getting cheaper and easier to use all the time, so dive in and enjoy.
- Let folks know what you think. Feedback's part of the experience, and when done with respect, can be a great way to make friends, share stories, and make your time on YouTube richer. For leaving comments, rate videos, make your own responses to videos that affect you, enter contests of interest—there's a lot going on and a lot of ways to participate.
- You may not like everything you see. Some of the content here may offend you—if you find that it violates our Terms of Use, then click the button that says "Flag" under the video you're watching to submit it for review by YouTube staff. If it doesn't, then consider just clicking on something else—why waste time watching videos you don't like?

That's it! Thanks for reading!

—The YouTube Team

### Community Guideline Tips

Want a little more insight into the limits and exceptions in the Community Guidelines? Here are some helpful examples and tips:

#### Sex and Nudity

Most nudity is not allowed, particularly if it is in a sexual context. Generally if a video is intended to be sexually provocative, it is less likely to be acceptable for YouTube. There are exceptions for some educational, documentary, scientific, and artistic content, but only if that is the sole purpose of the video and it is not gratuitously graphic. For example, a documentary on breast cancer would be appropriate, but posting clips out of context from the documentary might not be.

#### Hate Speech

"Hate speech" refers to content that promotes hatred against members of a protected group. For instance, racist or sexist content may be considered hate speech. Sometimes there is a fine line between what is and what is not considered hate speech. For instance, it is generally okay to criticize a nation, but not okay to make insulting generalizations about people of a particular nationality.

#### Shocking and Disgusting

The world is a dangerous place. Sometimes people do get hurt and it's inevitable that these events may be documented on YouTube. However, it's not okay to post violent or gory content that's primarily intended to be shocking, sensational or disrespectful. If a video is particularly graphic or disturbing, it should be balanced with additional context and information. For instance, including a clip from a slaughter house in a video on factory farming may be appropriate. However, stringing together unrelated and gruesome clips of animals being slaughtered in a video may be considered gratuitous if its purpose is to shock rather than illustrate.

#### Dangerous Illegal Acts

While it might not seem fair to say you can't show something because of what viewers theoretically might do in response, we draw the line at content that's intended to incite violence or encourage dangerous, illegal activities that have an inherent risk of serious physical harm or death. This means not posting videos on things like instructional bomb making, ninja assassin training, sniper attacks, videos that train terrorists, or tips on illegal street racing. Any depictions like these should be educational or documentary and shouldn't be designed to help or encourage others to imitate them.

#### Children

Videos involving children (anyone under the age of 18) are particularly sensitive. Videos containing children should never be sexually suggestive or violent. Please be cautious when posting something involving a child. If you're sharing a private moment or home movie, consider making it a private video so that you and your family and friends can see it.

#### Copyright

When you create something original, you own the copyright for it. Likewise, when other people create content, they may have a copyright to it. As a creative community, it's essential that everyone on YouTube respect the copyrights of others. If you're not sure if something will violate someone's copyright, the safest thing to do is to create something completely original, with images and audio you've created. If it's all yours you never have to worry about copyright. For leaving comments, rate videos, make your own responses to videos that affect you, enter contests of interest—there's a lot going on and a lot of ways to participate.

#### Privacy

If a video you've recorded features people who are readily identifiable and haven't consented to being filmed, there's a chance they'll file a privacy complaint seeking its removal. We'll notify you if that happens and give you a chance to edit and re-upload your video before we act on the complaint. If we do remove your video for privacy reasons, don't upload another version featuring the same people. Chances are those people will file another privacy complaint or report you for harassment. Don't post other people's personal information, including phone numbers, addresses, credit card numbers, and government IDs. We're serious about keeping our users safe and suspend accounts that violate people's privacy.

#### Harassment

It comes down to respect. YouTube is all about sharing and interacting with the community in respectful ways. If you're not sure whether a video or comment you've made crosses the line, follow a simple rule of thumb: if you wouldn't say it to someone's face, don't say it on YouTube. And if you're looking to attack, harass, demean, or impersonate others, go elsewhere.

#### Impersonation

Impersonating another user by copying someone's exact channel layout, using a similar username, or posing as that person in comments, emails or videos is considered harassment. If you want to keep your account, stay away from participating in any form of impersonation or harassing activity on the site.

#### Threats

Users shouldn't feel threatened when they're on YouTube. Period. Don't leave threatening comments on other people's videos.

http://www.youtube.com/t/community_guidelines

Case 4:20-cv-09456-JST  Document 1-1  Filed 12/30/20  Page 5 of 5

5,783 captures
24 Oct 2006 — 11 Nov 2020

APR  MAY  JUN
21
2012  2013  2014

INTERNET ARCHIVE
WayBackMachine
About this capture

You ▶ COMEDY WEEK

About   Press & Blogs   Copyright   Creators & Partners   Advertising   Developers   Help

Upload

Sign in

### ABOUT YOUTUBE

Getting Started
**Community Guidelines**
Contact Us
Careers
YouTube Merchandise

# YouTube Community Guidelines

### Respect the YouTube Community

We're not asking for the kind of respect reserved for nuns, the elderly, and brain surgeons. We mean don't abuse the site. Every cool new community feature on YouTube involves a certain level of trust. We trust you to be responsible, and millions of users respect that trust. Please be one of them.

### Don't Cross the Line

Here are some common-sense rules that will help you steer clear of trouble:

- YouTube is not for pornography or sexually explicit content. If this describes your video, even if it's a video of yourself, don't post it on YouTube. Also, be advised that we work closely with law enforcement and we report child exploitation. Please read our Safety Center and stay safe on YouTube.
- Videos showing bad stuff like animal abuse, drug abuse, under-age drinking and smoking, or bomb making.
- Graphic or gratuitous violence is not allowed. If your video shows someone being physically hurt, attacked, or humiliated, don't post it.
- YouTube is not a shock site. Don't post gross-out videos of accidents, dead bodies or similar things intended to shock or disgust.
- Respect copyright. Only upload videos that you made or that you are authorized to use. This means don't upload videos you didn't make, or use content in your videos that someone else owns the copyright to, such as music tracks, snippets of copyrighted programs, or videos made by other users, without necessary authorizations. Read our Copyright Tips for more information.
- We encourage free speech and defend everyone's right to express unpopular points of view. But we don't permit hate speech (speech which attacks or demeans a group based on race or ethnic origin, religion, disability, gender, age, veteran status, and sexual orientation/gender identity).
- Things like predatory behavior, stalking, threats, harassment, intimidation, invading privacy, revealing other people's personal information, and inciting others to commit violent acts or to violate the Terms of Use are taken very seriously. Anyone caught doing these things may be permanently banned from YouTube.
- Everyone hates spam. Don't create misleading descriptions, tags, titles or thumbnails in order to increase views. It's not okay to post large amounts of untargeted, unwanted or repetitive content, including comments and private messages.

Please take these rules seriously and take them to heart. Don't try to look for loopholes or try to lawyer your way around the guidelines—just understand them and try to respect the spirit in which they were created. If you'd like more details, check out our Community Guideline Tips.





Flagging on YouTube: The

Staying Safe on YouTube

### We Enforce These Guidelines

Okay, this one is more about us than you. YouTube staff review flagged videos 24 hours a day, seven days a week to determine whether they violate our Community Guidelines. When they do, we remove them. Sometimes a video doesn't violate our Community Guidelines, but may not be appropriate for everyone. These videos may be age-restricted. Accounts are penalized for Community Guidelines violations and serious or repeated violations can lead to account termination. If your account is terminated, you won't be allowed to create any new accounts. For more information about how the Community Guidelines are enforced and the consequences of violating them, please visit the Help Center.

### YouTube is for the Community

Remember that this is your community! Each and every user of YouTube makes the site what it is, so don't be afraid to dig in and get involved!

- Have fun with the site. There's a lot to see here, and lots of folks making amazing stuff—one of them might be you! Equipment's getting cheaper and easier to use all the time, so dive in and enjoy.
- Let folks know what you think. Feedback's part of the experience, and when done with respect, can be a great way to make friends, share stories, and make your time on YouTube richer. So leave comments, rate videos, make your own responses to videos that affect you, enter contests of interest—there's a lot going on and a lot of ways to participate.
- You may not like everything you see. Some of the content here may offend you—if you find that it violates our Terms of Use, then click the button that says "Flag" under the video you're watching to submit it for review by YouTube staff. If it doesn't, then consider just clicking on something else—why waste time watching videos you don't like?

That's it! Thanks for reading!

—The YouTube Team

### Community Guideline Tips

Want a little more insight into the limits and exceptions in the Community Guidelines? Here are some helpful examples and tips:

#### Sex and Nudity

Most nudity is not allowed, particularly if it is in a sexual context. Generally if a video is intended to be sexually provocative, it is less likely to be acceptable for YouTube. There are exceptions for some educational, documentary, scientific, and artistic content, but only if that is the sole purpose of the video and it is not gratuitously graphic. For example, a documentary on breast cancer would be appropriate, but posting clips out of context from the documentary might not be.

#### Hate Speech

"Hate speech" refers to content that promotes hatred against members of a protected group. For instance, racist or sexist content may be considered hate speech. Sometimes there is a fine line between what is and what is not considered hate speech. For instance, it is generally okay to criticize a nation, but not okay to make insulting generalizations about people of a particular nationality.

#### Shocking and Disgusting

The world is a dangerous place. Sometimes people do get hurt and it's inevitable that these events may be documented on YouTube. However, it's not okay to post violent or gory content that's primarily intended to be shocking, sensational or disrespectful. If a video is particularly graphic or disturbing, it should be balanced with additional context and information. For instance, including a clip from a slaughter house in a video on factory farming may be appropriate. However, stringing together unrelated and gruesome clips of animals being slaughtered in a video may be considered gratuitous if its purpose is to shock rather than illustrate.

#### Dangerous Illegal Acts

While it might not seem fair to say you can't show something because of what viewers theoretically might do in response, we draw the line at content that's intended to incite violence or encourage dangerous, illegal activities that have an inherent risk of serious physical harm or death. This means not posting videos on things like instructional bomb making, ninja assassin training, sniper attacks, videos that train terrorists, or tips on illegal street racing. Any depictions like these should be educational or documentary and shouldn't be designed to help or encourage others to imitate them.

#### Children

Videos involving children (anyone under the age of 18) are especially sensitive. Videos containing children should never be sexually suggestive or violent. Please be cautious when posting something involving a child. If you're sharing a private moment or home movie, consider making it a private video so that only your family and friends can see it.

#### Copyright

When you create something original, you own the copyright for it. Likewise, when other people create content, they may have a copyright to it. As a creative community, it's essential that everyone on YouTube respect the copyrights of others. If you're not sure if something will violate someone's copyright, the safest thing to do is to create something completely original, with images and audio you've created. If it's all yours you never have to worry about copyright—you own it. If you've recorded something from a DVD, videotaped your TV screen, or downloaded a video online, don't post it unless you have permission.

#### Privacy

If a video you've recorded features people who are readily identifiable and haven't consented to being filmed, there's a chance they'll file a privacy complaint seeking its removal. We'll notify you if that happens and give you a chance to edit and re-upload your video before we act on the complaint. If we do remove your video for privacy reasons, don't upload another version featuring the same people. Chances are those people will file another privacy complaint or report you for harassment. Don't post other people's personal information, including phone numbers, addresses, credit card numbers, and government IDs. We're serious about keeping our users safe and suspend accounts that violate people's privacy.

#### Harassment

It comes down to respect. YouTube is all about sharing and interacting with the community in respectful ways. If you're not sure whether a video or comment you've made crosses the line, follow a simple rule of thumb: if you wouldn't say it to someone's face, don't say it on YouTube. And if you're looking to attack, harass, demean, or impersonate others, go elsewhere.

#### Impersonation

Impersonating another user by copying someone's exact channel layout, using a similar username, or posing as that person in comments, emails or videos is considered harassment. If you want to keep your account, stay away from participating in any form of impersonation or harassing activity on the site.

#### Threats

Users shouldn't feel threatened when they're on YouTube. Period. Don't leave threatening comments on other people's videos.