# Exhibit C



**Messenger Policy Violation**
CLOSED

ACTIVITY



**Report details**
Friday, August 7, 2020 at 3:03 PM

Hi,

We have found *The HighWire with Del Bigtree* to be violating the following platform policies:

- *Platform Policy 17.8.1.b: Message Tags: Select message tags may be sent outside of the 24 hour period as described within our technical documentation. Monitor your block rate, to understand how people are responding to your messages. You may only use a message tag, template, quick reply or other structured message for its intended purpose as described within our technical documentation; don't use message tags, templates, quick replies, or other structured messages for any purpose other than its intended purpose.*

This warning is to alert you of the issue so you can bring your page's messaging experience into compliance without further enforcement actions. We encourage you to review our Messenger Tag Best Practices, Message Tags Documentation, and Messenger Platform Policies to learn more about our policies and recommend that you ensure proper use before sending more messages.

Further violations of this or other policies may result in *The HighWire with Del Bigtree*'s messaging capabilities being temporarily or permanently suspended.

Best regards,

The Messenger Team

## Our standards on hate speech



We define hate speech as language that attacks people based on their:

- Race, ethnicity, national origin or caste
- Religious affiliation
- Sexual orientation
- Sex, gender or gender identity

This includes claims about coronavirus (COVID-19).
We sometimes allow things we'd otherwise consider hate speech: for example when someone shares someone else's hate speech to raise awareness about it, or uses a word in reference to themselves.

Back    Continue

 **Messenger Policy Violation**
CLOSED

ACTIVITY

 **Report details**
Friday, August 7, 2020 at 3:03 PM

Hi,

We have found *The HighWire with Del Bigtree* to be violating the following platform policies:

• *Platform Policy 17.8.1.b: Message Tags: Select message tags may be sent outside of the 24 hour period as described within our technical documentation. Monitor your block rate, to understand how people are responding to your messages. You may only use a message tag, template, quick reply or other structured message for its intended purpose as described within our technical documentation; don't use message tags, templates, quick replies, or other structured messages for any purpose other than its intended purpose.*

This warning is to alert you of the issue so you can bring your page's messaging experience into compliance without further enforcement actions. We encourage you to review our Messenger Tag Best Practices, Message Tags Documentation, and Messenger Platform Policies to learn more about our policies and recommend that you ensure proper use before sending more messages.

Further violations of this or other policies may result in *The HighWire with Del Bigtree*'s messaging capabilities being temporarily or permanently suspended.

Best regards,

The Messenger Team

 **Gavin Jarrell's post goes against our Community Standards on misinformation that can cause physical harm**
CLOSED

**ACTIVITY**

 **About Gavin Jarrell's post**
Monday, July 27, 2020 at 3:36 PM
Only people who manage this Page can see this post.



 **You disagreed with the decision**
Tuesday, August 4, 2020 at 1:07 PM
Thanks for your feedback. We use it to make improvements on future decisions.

 **Cole Andersen's post goes against our Community Standards on hate speech**
CLOSED

**ACTIVITY**

 **About Cole Andersen's post**
Tuesday, August 4, 2020 at 11:54 AM
Only people who manage this Page can see this post.



 **Cole Andersen disagreed with the decision**
Tuesday, August 4, 2020 at 12:18 PM
Thanks for your feedback. We use it to make improvements on future decisions.

## Our standards on misinformation that could cause physical harm



We don't allow false information that could cause physical harm.

In some cases, this includes information that recognized health organizations say could mislead people about how to cure or prevent a disease or that could discourage people from seeking medical treatment. Get reliable, up-to-date information about the coronavirus (COVID-19) from the World Health Organization. Go to who.int

Back    Continue

**Partly False Information Found on The HighWire with Del Bigtree** 

The HighWire with Del Bigtree shared information that's been reviewed by Science Feedback. We've added **a notice to the post** so others can see that it's partly false.

**Additional Reporting**

 SCIENCE FEEDBACK  Fact-Check

Unsupported: Contrary to the authors' claim, no therapies have been as yet proved effective for preventing or treating

**Learn more** about how fact-checking works on Facebook.

To fight false news, Facebook reduces the distribution of misleading content while also showing additional reporting on the same topic.

Pages and websites that repeatedly publish or share misleading content will see their overall distribution reduced, their ability to monetize and advertise removed, and their ability to register as a news Page removed. People will also be able to see if a Page has a history of sharing false news.

Deleting the misleading content won't affect these outcomes.

Close

⚠️ Page is at **risk** of being **unpublished**

# Page Quality

## Page Restrictions

 Your Page is at risk of being unpublished because of continued **Community Standards** violations.

 Your Page is at risk of having messaging restricted because messages sent by your Page's automated messaging experience are violating policies.

 **Gavin Jarrell's post goes against our Community Standards on misinformation that can cause physical harm**
CLOSED

ACTIVITY

 **About Gavin Jarrell's post**
Tuesday, July 7, 2020 at 6:56 PM
Only people who manage this Page can see this post.

> MASK TEST PROVES TOXIC FOR CHILDREN As mask mandates on children sweep the nation, HighWire host Del Bigtree's 11-year-old son, Ever, joins him on stage to test his levels of carbon dioxide inside a mask, face shield, and cloth bandana. The results from the OSHA approved testing device should shock any parent. #Masks #MaskTest #Safety #Children #Covid19 #MaskMandates #Texas #GovAbbott #CA #GavinNewsom #MaskHole



**ACTIVITY**



**About Gavin Jarrell's post**
Thursday, July 23, 2020 at 4:14 PM
Only people who manage this Page can see this post.

MASKS ARE A JOKE The #6 reason why we are not on "Team Corona-phobia."



 **Gavin Jarrell's post goes against our Community Standards on misinformation that can cause physical harm**
OPEN

**WHAT YOU CAN DO**

 **See Options**
Learn more about this post and see what you can do

**ACTIVITY**

 **About Gavin Jarrell's post**
Thursday, July 23, 2020 at 4:14 PM
Only people who manage this Page can see this post.

MASKS ARE A JOKE The #6 reason why we are not on "Team Corona-phobia."



 **Cole Andersen's post goes against our Community Standards on misinformation that can cause physical harm**
OPEN

**WHAT YOU CAN DO**

 **See Options**
Learn more about this post and see what you can do

**ACTIVITY**

 **About Cole Andersen's post**
Thursday, July 23, 2020 at 4:37 PM
Only people who manage this Page can see this post.

> WE NEED TO CATCH THIS COLD! With lockdowns, protests, mask madness, and irrational covid fears ruling the airways, people are looking for a path through this epidemic. Science is showing us the way, and it will require those of us who are healthy to stand for natural herd immunity. #CatchThatCold #IWantYou



 **Gavin Jarrell's post goes against our Community Standards on misinformation that can cause physical harm**
OPEN

**WHAT YOU CAN DO**

 **See Options**
Learn more about this post and see what you can do

**ACTIVITY**

 **About Gavin Jarrell's post**
Thursday, July 23, 2020 at 5:37 PM
Only people who manage this Page can see this post.

DOCTORS TREATING COVID COVID DOCTORS: "WE'VE BEEN TRAINING FOR THIS FOR 25 YEARS" Medical doctors treating patients in Michigan with 100% success rate urge Americans that Covid-19 is not a death sentence.

