# Exhibit B

**From:** Patrick Layton patrick@icandecide.org 
**Subject:** Fw: Your video has been removed from YouTube
**Date:** August 11, 2020 at 5:52 PM
**To:** Cole Andersen cole@thehighwire.com

Creative Director
Informed Consent Action Network



------- Original Message -------
On Friday, July 3, 2020 5:26 PM, YouTube <accounts-noreply@youtube.com> wrote:



Hi The HighWire with Del Bigtree,

As you may know, our Community Guidelines describe which content we allow – and don't allow – on YouTube. Your video DR. ZELENKO: HCQ DENIERS ARE "GUILTY OF MASS MURDER" was flagged to us for review. Upon review, we've determined that it violates our guidelines and we've removed it from YouTube.

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### Video content restrictions

YouTube doesn't allow content that encourages or promotes violent or dangerous acts that have an inherent risk of serious physical harm or death. We also don't allow content that appears to be posted in a shocking, sensational, or disrespectful manner.

The only depictions of such activities that we may allow need to be educational or documentary in nature and shouldn't be designed to help or encourage others to imitate them. When uploading a video, make sure to post as much information as possible in the title and description to help us and your viewers understand the primary purpose of the video. Learn more here.

### Impact on your account

This removal has **not** resulted in a Community Guidelines strike or penalty on your account. However, we still encourage you to review all of your content to make sure it's in line with our Community Guidelines. Additional violations could result in strikes against your account, or even lead to account termination

result in strikes against your account, or even lead to account termination..

**How you can respond**

If you believe this was a mistake, we'd like to hear from you. To appeal this removal, please submit this form. Our team will thoroughly review your appeal and will contact you again soon.

Sincerely,
- The YouTube Team

Help center • Email options • Report spam

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

**From:** Patrick Layton patrick@icandecide.org 
**Subject:** Fw: Your video has been removed from YouTube
**Date:** August 11, 2020 at 5:52 PM
**To:** Cole Andersen cole@thehighwire.com

Creative Director
Informed Consent Action Network



------- Original Message -------
On Tuesday, July 7, 2020 6:23 PM, YouTube <accounts-noreply@youtube.com> wrote:



Hi The HighWire with Del Bigtree,

As you may know, our Community Guidelines describe which content we allow – and don't allow – on YouTube. Your video MASK TEST PROVES TOXIC FOR CHILDREN was flagged to us for review. Upon review, we've determined that it violates our guidelines and we've removed it from YouTube.

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### Video content restrictions

YouTube doesn't allow content that encourages or promotes violent or dangerous acts that have an inherent risk of serious physical harm or death. We also don't allow content that appears to be posted in a shocking, sensational, or disrespectful manner.

The only depictions of such activities that we may allow need to be educational or documentary in nature and shouldn't be designed to help or encourage others to imitate them. When uploading a video, make sure to post as much information as possible in the title and description to help us and your viewers understand the primary purpose of the video. Learn more here.

### Impact on your account

This removal has **not** resulted in a Community Guidelines strike or penalty on your account. However, we still encourage you to review all of your content to make sure it's in line with our Community Guidelines. Additional violations could result in strikes against your account, or even lead to account termination

result in strikes against your account, or even lead to account termination.

**How you can respond**

If you believe this was a mistake, we'd like to hear from you. To appeal this removal, please submit this form. Our team will thoroughly review your appeal and will contact you again soon.

Sincerely,
- The YouTube Team

Help center • Email options • Report spam

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

| | |
|---|---|
| **From:** | Patrick Layton patrick@icandecide.org  |
| **Subject:** | Fw: Your video has been removed from YouTube |
| **Date:** | August 11, 2020 at 5:52 PM |
| **To:** | Cole Andersen cole@thehighwire.com |

Creative Director
Informed Consent Action Network



------- Original Message -------
On Thursday, July 9, 2020 1:40 PM, YouTube <accounts-noreply@youtube.com> wrote:



Hi The HighWire with Del Bigtree,

As you may know, our **Community Guidelines** describe which content we allow – and don't allow – on YouTube. Your video **THIS LIVE MASK TEST SHOCKS VIEWERS** was flagged to us for review. Upon review, we've determined that it violates our guidelines and we've removed it from YouTube.

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### Video content restrictions

YouTube does not allow content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19, including on methods to prevent, treat, or diagnose COVID-19 and means of transmission of COVID-19. Learn more **here**.

### Impact on your account

This removal has **not** resulted in a **Community Guidelines strike** or penalty on your account. However, we still encourage you to review all of your content to make sure it's in line with our Community Guidelines. Additional violations could result in strikes against your account, or even lead to account termination.

### How you can respond

### How you can respond

If you believe this was a mistake, we'd like to hear from you. To appeal this removal, please submit this [form](). Our team will thoroughly review your appeal and will contact you again soon.

Sincerely,
- The YouTube Team

[Help center] • [Email options] • [Report spam]

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

| | |
|---|---|
| **From:** | Patrick Layton  patrick@icandecide.org  |
| **Subject:** | Fw: Your video has been removed from YouTube |
| **Date:** | August 11, 2020 at 5:50 PM |
| **To:** | Cole Andersen  cole@thehighwire.com |

Creative Director
Informed Consent Action Network



------- Original Message -------
On Tuesday, July 28, 2020 10:12 PM, YouTube <accounts-noreply@youtube.com> wrote:



Hi The HighWire with Del Bigtree,

As you may know, our **Community Guidelines** describe which content we allow – and don't allow – on YouTube. Your video **MASKS ARE A JOKE** was flagged to us for review. Upon review, we've determined that it violates our guidelines and we've removed it from YouTube.

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### Video content restrictions

YouTube does not allow content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19, including on methods to prevent, treat, or diagnose COVID-19 and means of transmission of COVID-19. Learn more **here**.

### Impact on your account

This removal has **not** resulted in a **Community Guidelines strike** or penalty on your account. However, we still encourage you to review all of your content to make sure it's in line with our Community Guidelines. Additional violations could result in strikes against your account, or even lead to account termination.

### How you can respond

### How you can respond

If you believe this was a mistake, we'd like to hear from you. To appeal this removal, please submit this [form](). Our team will thoroughly review your appeal and will contact you again soon.

Sincerely,
- The YouTube Team

[Help center]() • [Email options]() • [Report spam]()

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

**From:** Patrick Layton patrick@icandecide.org 
**Subject:** Fw: Your video has been removed from YouTube
**Date:** August 11, 2020 at 5:50 PM
**To:** Cole Andersen cole@thehighwire.com

Creative Director
Informed Consent Action Network



------- Original Message -------
On Tuesday, July 28, 2020 10:12 PM, YouTube <accounts-noreply@youtube.com> wrote:



Hi The HighWire with Del Bigtree,

As you may know, our Community Guidelines describe which content we allow – and don't allow – on YouTube. Your video SHOULD YOU REALLY WEAR A MASK? was flagged to us for review. Upon review, we've determined that it violates our guidelines and we've removed it from YouTube.

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### Video content restrictions

YouTube does not allow content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19, including on methods to prevent, treat, or diagnose COVID-19 and means of transmission of COVID-19. Learn more here.

### Impact on your account

This removal has **not** resulted in a Community Guidelines strike or penalty on your account. However, we still encourage you to review all of your content to make sure it's in line with our Community Guidelines. Additional violations could result in strikes against your account, or even lead to account termination.

### How you can respond

### How you can respond

If you believe this was a mistake, we'd like to hear from you. To appeal this removal, please submit this [form](). Our team will thoroughly review your appeal and will contact you again soon.

Sincerely,
- The YouTube Team

[Help center]() • [Email options]() • [Report spam]()

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA

| | |
|---|---|
| **From:** | Patrick Layton patrick@icandecide.org  |
| **Subject:** | Fw: Your video has been removed from YouTube |
| **Date:** | August 11, 2020 at 5:51 PM |
| **To:** | Cole Andersen cole@thehighwire.com |

Creative Director
Informed Consent Action Network



------- Original Message -------
On Tuesday, July 28, 2020 10:12 PM, YouTube <accounts-noreply@youtube.com> wrote:



Hi The HighWire with Del Bigtree,

As you may know, our Community Guidelines describe which content we allow – and don't allow – on YouTube. Your video WE NEED TO CATCH THAT COLD! was flagged to us for review. Upon review, we've determined that it violates our guidelines and we've removed it from YouTube.

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### Video content restrictions

YouTube does not allow content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19, including on methods to prevent, treat, or diagnose COVID-19 and means of transmission of COVID-19. Learn more here.

### Impact on your account

This removal has **not** resulted in a Community Guidelines strike or penalty on your account. However, we still encourage you to review all of your content to make sure it's in line with our Community Guidelines. Additional violations could result in strikes against your account, or even lead to account termination.

### How you can respond

### How you can respond

If you believe this was a mistake, we'd like to hear from you. To appeal this removal, please submit this [form](). Our team will thoroughly review your appeal and will contact you again soon.

Sincerely,
- The YouTube Team

[Help center]() • [Email options]() • [Report spam]()

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA



We'd like to inform you that we've received a complaint regarding your YouTube account The HighWire with Del Bigtree. Upon review, we've determined that activity in your account violates our Terms of Service (https://www.youtube.com/t/terms). As a result, we've terminated your account.

Please be aware that you are prohibited from accessing, possessing or creating any other YouTube accounts. For more information about account terminations and how our Community Guidelines are enforced, please visit our Help Center.

If you would like to appeal the suspension, please submit this form.

Help center • Email options • Report spam

| | |
|---|---|
| **Subject:** | FW: Your video has been removed from YouTube |
| **Date:** | Thursday, July 30, 2020 at 3:07:16 PM Eastern Daylight Time |
| **From:** | Aaron Siri |
| **To:** | Sonal Jain |
| **Category:** | ICAN |

**From:** Patrick Layton <patrick@icandecide.org>
**Sent:** Wednesday, July 29, 2020 7:29 AM
**To:** Aaron Siri <aaron@sirillp.com>
**Subject:** Fwd: Your video has been removed from YouTube


Sent from ProtonMail Mobile


---------- Forwarded message ----------
From: YouTube<accounts-noreply@youtube.com>
Date: On Wed, Jul 29, 2020 at 1:03 AM
Subject: Fwd: Your video has been removed from YouTube
To: The HighWire with Del Bigtree <highwire-with-d-6711@pages.plusgoogle.com>
Cc:



Hi The HighWire with Del Bigtree,

As you may know, our Community Guidelines describe which content we allow – and don't allow – on YouTube. Your video ICAN VS CDC was flagged to us for review. Upon review, we've determined that it violates our guidelines and we've removed it from YouTube.

We know that this might be disappointing, but it's important to us that YouTube is a safe place for all. If content breaks our rules, we remove it. If you think we've made a mistake, you can appeal and we'll take another look. Keep reading for more details.

### Video content restrictions

YouTube does not allow content that spreads medical misinformation that contradicts the World Health Organization (WHO) or local health authorities' medical information about COVID-19, including on methods to prevent, treat, or diagnose COVID-19 and means of transmission of COVID-19. Learn more here.

### Impact on your account

This removal has **not** resulted in a <u>Community Guidelines strike</u> or penalty on your account. However, we still encourage you to review all of your content to make sure it's in line with our Community Guidelines. Additional violations could result in strikes against your account, or even lead to account termination.

## How you can respond

If you believe this was a mistake, we'd like to hear from you. To appeal this removal, please submit this <u>form</u>. Our team will thoroughly review your appeal and will contact you again soon.

Sincerely,
- The YouTube Team

<u>Help center</u> • <u>Email options</u> • <u>Report spam</u>

©2020 YouTube, LLC 901 Cherry Ave, San Bruno, CA 94066, USA