# Exhibit 3

Community Standards                                                     Home   Recent Updates

coordinating interference

- Introduction
- I. **Violence and Criminal Behavior**
- II. **Safety**
  - 6. **Suicide and Self-Injury**
  - 7. Child Sexual Exploitation, Abuse and Nudity
  - 8. Sexual Exploitation of Adults
  - 9. Bullying and Harassment
  - 10. Human Exploitation
  - 11. Privacy Violations and Image Privacy Rights
- III. **Objectionable Content**
- IV. **Integrity and Authenticity**
- V. **Respecting Intellectual Property**
- VI. **Content-Related Requests and Decisions**
- Additional Information

# 6. Suicide and Self-Injury

Policy Rationale

We care deeply about the safety of the people who use our apps. We regularly consult with experts in suicide and self-injury to help inform our policies and enforcement, and work with organizations around the world to provide assistance to people in distress.

While we don't allow people to intentionally or unintentionally celebrate or promote suicide or self-injury, we do allow people to discuss these topics because we want Facebook to be a space where people can share their experiences, raise awareness about these issues, and seek support from one another.

We define self-injury as the intentional and direct injuring of the body, including self-mutilation and eating disorders. We remove any content that encourages suicide or self-injury, including fictional content such as memes or illustrations and any self-injury content which is graphic, regardless of context. We also remove content that identifies and negatively targets victims or survivors of suicide or self-injury seriously, humorously or rhetorically, as well as real time depictions of suicide or self-injury. Content about recovery of suicide or self-harm that is allowed, but may contain imagery that could be upsetting, such as a healed scar, is placed behind a sensitivity screen.

When people post or search for suicide or self-injury- related content, we will direct them to local organizations that can provide support and if someone is at immediate risk of harming themselves, we will contact local emergency services to get them help.

With respect to live content, experts have told us that if someone is saying they intend to attempt suicide on a livestream, we should leave the content up for as long as possible, because the longer someone is talking to a camera, the more opportunity there is for a friend or family member to call emergency services.

However, to minimize the risk of others being negatively impacted by viewing this content, we will stop the livestream at the point at

which the threat turns into an attempt. As mentioned above, in any case, we will contact emergency services if we identify someone is at immediate risk of harming themselves.

Do not post:

Content that promotes, encourages, coordinates, or provides instructions for
- Suicide
- Self-injury
- Eating disorders

Content that depicts graphic self-injury imagery

Except in limited situations of newsworthiness, it is against our policies to post content depicting a person who engaged in a suicide attempt or death by suicide

Content that focuses on depiction of ribs, collar bones, thigh gaps, hips, concave stomach, or protruding spine or scapula when shared together with terms associated with eating disorders.

Content that contains instructions for drastic and unhealthy weight loss when shared together with terms associated with eating disorders.

Content that mocks victims or survivors of suicide, self-injury or eating disorders who are either publicly known or implied to have experienced suicide or self-injury

For the following content, we restrict content to adults over the age of 18, and include a sensitivity screen so that people are aware the content may be upsetting:

- Photos or videos depicting a person's death by suicide that are determined to be newsworthy

- Photos or videos depicting a person who engaged in euthanasia/assisted suicide in a medical setting

For the following content, we include a sensitivity screen so that people are aware the content may be upsetting to some:

- Content that depicts older instances of self-harm such as healed cuts or other non-graphic self-injury imagery in a context of recovery
- Content that depicts ribs, collar bones, thigh gaps, hips, concave stomach, or protruding spine or scapula in a recovery context.



We provide resources to people who post written or verbal admissions of engagement in self injury, including:

- Suicide
- Euthanasia/assisted suicide
- Self-harm
- Eating disorders

For the following Community Standards, we require additional information and/or context to enforce:

- We may remove suicide notes when we have confirmation of a suicide or suicide attempt. We try to identify suicide notes using several factors, including but not limited to, family or legal representative requests, media reports, law enforcement reports or other third party sources (e.g., government agencies, NGOs).

[7. Child Sexual Exploitation, Abuse and Nudity ›]

Facebook © 2021

Report Abuse