# Exhibit 4

  Community Standards         Home    Recent Updates



# 3. Coordinating Harm and Publicizing Crime

## Policy Rationale

In an effort to prevent and disrupt offline harm and copycat behavior, we prohibit people from facilitating, organizing, promoting, or admitting to certain criminal or harmful activities targeted at people, businesses, property or animals. We allow people to debate and advocate for the legality of criminal and harmful activities, as well as draw attention to harmful or criminal activity that they may witness or experience as long as they do not advocate for or coordinate harm.



Do not post content that falls into the following categories:

Harm against people

- Depicting, admitting to or promoting acts of physical harm against people, including acts of domestic violence - except when shared in the context of redemption or defense.
- Swatting - specifically statements of intent, calls to action, representing, supporting, advocating for, depicting, admitting to or speaking positively about it.
- Depicting, promoting, advocating for or encouraging participation in a high risk viral challenge.
- Promoting or advocating for harmful miracle cures for health issues.
- Coordinating, depicting, admitting to or promoting active and deliberate spread of communicable diseases by you or your associates

Harm against animals

Statements of intent, calls to action, representing, supporting or advocating for, or depicting, admitting to or promoting:

- Acts of physical harm against animals committed by you or your associates except in cases of hunting, fishing, religious sacrifice, food preparation or processing, pest or vermin, self-defense or redemption
- Staged animal vs. animal fights, including acts committed by a third party

Harm against property

Statements of intent, calls to action, representing, supporting or advocating for harm against property that depicts, admits to, or promotes the following acts committed by you or your associates:

- Vandalism
- Hacking when the intent is to hijack a domain, corrupt or disrupt cyber systems, seek ransoms, or gain unauthorized access to data systems
- Theft when committed by you or your associates, as well as positive statements about theft when committed by a third party

Voter and/or Census Fraud

- Offers to buy or sell votes with cash or gifts
- Statements that advocate, provide instructions, or show explicit intent to illegally participate in a voting or census process

Voter and/or Census Interference

- Misrepresentation of the dates, locations, and times, and methods for voting or voter registration or census participation
- Misrepresentation of who can vote, qualifications for voting, whether a vote will be counted, and what information and/or materials must be provided in order to vote.
- Misrepresentation of who can participate in the census and what information or materials must be provided in order to participate
- Content claiming that the U.S. Immigration and Customs Enforcement (ICE) is at a voting location
- Explicit claims that people will be infected by COVID (or another communicable disease) if they participate in the voting process.



For the following content, we include a label so that people are aware the content may be sensitive:

- Imagery depicting a high risk viral challenge if shared with a caption that condemns or raise awareness of the associated risks



For the following Community Standards, we require additional information and/or context to enforce:

Do not post:

- Content revealing the identity of someone as a witness, informant, activist, or individuals whose identity or involvement in a legal case has been restricted from public disclosure
- Imagery that is likely to deceive the public as to its origin if:
  - The entity depicted or an authorized representative objects to the imagery, and
  - The imagery has the potential to cause harm to members of the public
- Other misrepresentations related to voting in an official election or census participation may be subject to false news standards, as referenced in section 20
- Misrepresentation of whether a candidate is running or not

- Calls for coordinated interference that would affect an individual's ability to participate in an official census or election
- Content stating that census or voting participation may or will result in law enforcement consequences (for example, arrest, deport or imprisonment)
- Misrepresentation of government involvement in the census, including, where applicable, that an individual's census information will be shared with another (non-census) government agency
- Statements of intent, support, or advocacy to go to an election site, voting location, or vote counting location when the purpose of going to the site is to monitor or watch voters or election officials' activity using militaristic language (e.g. "war," "army," or "soldier" ) or an expressed goal to intimidate, exert control or display power (e.g. "let's show them who's boss!," "if they're scared, they won't vote!")
- Content coordinating interference with the administration of the COVID-19 vaccine
- Content calling to action, advocating, or promoting that others not get the COVID-19 vaccine

2. Dangerous Individuals and Organizations

4. Regulated Goods

Facebook © 2021

Report Abuse